UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
ORLANDO GONZALEZ

        -V-

UNITED STATES OF AMERICA
-----------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 17 2011 ★
BROOKLYN OFFICE

ORDER
10-MC-547 (JBW)

The Magistrate Judge's report is accepted and the recommendations adopted on failure to make timely objection and on the merits.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 2/14/2011

